**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7354

DENNIS GALE HUBBARD,

Plaintiff - Appellant,

versus

STATE OF WEST VIRGINIA; MERCER COUNTY
SHERIFF'S DEPARTMENT; BLUEFIELD, WEST VIRGINIA
POLICE DEPARTMENT; MERCER COUNTY PROSECUTING
ATTORNEYS; SOUTHERN REGIONAL JAIL,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield. David A. Faber, District
Judge. (1:06-cv-00610)

Submitted: January 17, 2008      Decided: January 25, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Gale Hubbard, Appellant Pro Se. Charles Patrick
Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS,
Charleston, West Virginia; Duane J. Ruggier, II, Jennifer E. Tully,
PULLIN, FOWLER & FLANAGAN, P.L.L.C., Charleston, West Virginia;
Chad Marlo Cardinal, Assistant Attorney General, Charleston, West
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Gale Hubbard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hubbard v. West Virginia</u>, No. 1:06-cv-00610 (S.D.W. Va. Aug. 30, 2007). We deny Hubbard's motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>